UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK SHATSKY,

    Plaintiff,

v.

'21' CLUB, INC., BELMOND USA INC., and
HEATHER EASON,

    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2018

Civil Action No. 17-02497 (SN)

**Electronically Filed**

## ORDER GRANTING APPROVAL OF SETTLEMENT WITH RESPECT TO WAGE AND HOUR CLAIMS

This matter came following the parties' joint letter-motion for approval of the terms of the settlement in the above-captioned action with respect to claims brought by Plaintiff Mark Shatsky under the Fair Labor Standards Act and the New York State Labor Law (the "Wage & Hour Claims"). The Court having considered the proposed settlement of the Wage & Hour Claims, and having reviewed the record in the above-captioned action, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    a. The Court has jurisdiction over the subject matter of the above-captioned action, Plaintiff Mark Shatsky ("Plaintiff") and '21' Club, Inc. ("21 Club"), Belmond USA Inc., and Heather Eason (collectively, "Defendants").

    b. The parties have consented to jurisdiction by a United States Magistrate Judge to conduct all proceedings and order the entry of final judgment in the above-captioned action.

c. The parties have agreed to and prepared a Settlement Agreement And General Release (the "Settlement") and have submitted to the Court a redacted version of the Settlement, attached hereto as Exhibit A, containing the terms of the Settlement with respect to the Wage & Hour Claims.

d. The Court grants approval of the terms of the Settlement with respect to the Wage & Hour Claims and approves each of the releases and other terms with respect to the Wage & Hour Claims set forth in the Settlement as fair, just, reasonable and adequate as to Plaintiff and Defendants.

e. Plaintiff and Defendants are to bear their own attorneys' fees and costs, except as otherwise provided in the Settlement.

f. By this Judgment, Plaintiff shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released Defendants, including any parents, subsidiaries, affiliates, and related companies, and all of their respective past and present employees, directors, officers, shareholders, attorneys, representatives, insurers, agents, heirs, successors, and assignees (individually and collectively the "Releasees") as set forth in the Settlement.

g. The Wage & Hour Claims are dismissed with prejudice.  The Court reserves and retains exclusive and continuing jurisdiction for the purposes of enforcement, construction, and interpretation of the Settlement and this Judgment.

IT IS SO ORDERED.

Dated: February 12, 2018

_____
SARAH NETBURN
United States Magistrate Judge