USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK SHATSKY,

   Plaintiff,

v.

'21' CLUB, INC., BELMOND USA INC., and HEATHER EASON,

   Defendants.

Civil Action No. 17-02497 (JGK) (SN)

**Electronically Filed**

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties, that the above-entitled action, along with any and all claims raised or that could have been raised in the lawsuit, are hereby dismissed with prejudice. Each party shall bear his, her, or its own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement and General Release reached between and among the parties in this matter.

Dated: February 2?, 2018
   New York, New York

| | |
|---|---|
| **LAROCCA HORNIK ROSEN GREENBERG & BLAHA LLP** | **CURLEY, HURTGEN & JOHNSRUD LLP** |
| _(signed)_ | _(signed)_ |
| Patrick McPartland | Charles W. Fournier |
| Jared E. Blumetti | Andrew I. Herman |
| 40 Wall Street, 32nd Floor | 5 Penn Plaza, 23rd Floor |
| New York, New York 10005 | New York, New York 10001 |
| T: (212) 530-4837, 4831 | T: (646) 378-2235 |
| E: pmcpartland@lhrgh.com | E: cfournier@chjllp.com |
|  jblumetti@lhrgb.com |  aherman@chjllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

DATED: February 27, 2018
    New York, New York

                 _(signed)_
                 SARAH NETBURN
                 United States Magistrate Judge